**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Maurice Anthony Odom, Petitioner.

Appellate Case No. 2018-001676

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Edgefield County
R. Knox McMahon, Circuit Court Judge

---

Memorandum Opinion No. 2020-MO-001
Heard December 11, 2019 – Filed January 22, 2020

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General David A. Spencer, both of Columbia; and Solicitor Samuel R. Hubbard III, of Lexington, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *State v. Odom*, Op. No. 2018-UP-273 (S.C. Ct. App. filed June 27, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**